UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 8 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 12cr2325-H |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JAVIER GARCIA-TORRES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**✓** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**✓** of the offense(s) as charged in the Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/18/12

David H. Bartick
U.S. Magistrate Judge